UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 08715
    JOSE M GALVAN
    KAREN P GALVAN                          CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

        Debtor
    SSN XXX-XX-7547    SSN XXX-XX-4217

------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/12/07 and confirmed on 08/02/07.

    2.  The case was dismissed after confirmation, 04/24/2008.

    3.  The Debtor paid a total of $  3275.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | .00 | .00 | .00 |
| NHS OF ELGIN | SECURED | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | .00 | .00 | .00 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1127.46 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 475.20 | .00 | .00 |
| CERTIFIED SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT INC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| FCNB MASTERTRUST | UNSECURED | 737.01 | .00 | .00 |
| MERCHANTS & PROFESSIONAL | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 926.80 | .00 | .00 |
| ROCKFORD MERCANTILE AGEN | UNSECURED | 117.68 | .00 | .00 |
| WACHOVIA DEALER SERVICES | SECURED VEHIC | 8564.68 | 336.51 | 1058.54 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 112.78 | .00 | .00 |

                Summary of disbursements:

------------------------------------------------------------------
| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 8564.68 | .00 | 3496.93 | .00 | 12061.61 |
| PRINCIPAL PAID | 1058.54 | .00 | .00 | .00 | 1058.54 |
| INTEREST PAID | 336.51 | .00 | .00 | .00 | 336.51 |
| TOTAL PAID | 1395.05 | .00 | .00 | .00 | 1395.05 |

The Debtor's attorney, CHANG & CARLIN                , was allowed $  3000.00
and was paid $   850.00  direct and $  1762.03  through the plan.

The Trustee received $   117.92 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 07/16/08                    /S/
                         GLENN STEARNS
                         CHAPTER 13 TRUSTEE